UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------

RYAN O'DELL,

       Plaintiff,

v.

MAXAR TECHNOLOGIES INC., HOWELL M. ESTES III, NICK S. CYPRUS, ROXANNE J. DECYK, JOANNA O. ISHAM, DANIEL L. JABLONSKY, C. ROBERT KEHLER, GILMAN LOUIE, L. ROGER MASON, JR., HEATHER A. WILSON, ERIC J. ZAHLER, and EDDY ZERVIGON,

       Defendants.

----------------------------------------------------------

Civ. No. 1:23-cv-929

# NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: May 24, 2023

                                                      Respectfully submitted,

                                                      **MELWANI & CHAN LLP**

                                                      /s *Gloria Kui Melwani*
                                                      Gloria Kui Melwani (GM5661)
                                                      1180 Avenue of the Americas, 8th Floor
                                                      New York, New York 10036
                                                      Tel: (212) 382-4620
                                                      Email: gloria@melwanichan.com

                                                      *Attorneys for Plaintiff*